

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:21-CR-50   Date: November 3, 2021

United States of America    vs.    Angelia Renae Brown

**PROCEEDINGS:** Sentencing Hearing.

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

| Julie Norwood | Stephanie Fernandez | William Roach |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Scott Lanzon | | Amanda Latham |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**JUDGMENT OF THE COURT:**
- 36 Months of Imprisonment as to each of Counts 1 and 2 to run concurrently
- Followed by 3 Years Supervised Release
- Special Assessment in the amount of $200.00; Fine in the amount of $681.60; Restitution in the amount of $2,616,688.99
- The court makes the following recommendations to the Bureau of Prisons: that the defendant receive a mental health evaluation and any treatment deemed appropriate.
- Defendant to self-report upon designation by the Bureau of Prisons

2:00 p.m. to 2:50 p.m.